UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DANIELL,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

                              /

Case No. 15-12798

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [15]; GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14]; AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [13]**

On August 19, 2016, Magistrate Judge Davis issued a Report and Recommendation [15] on the Plaintiff's Motion for Summary Judgment [13] and Defendant's Motion for Summary Judgment [14]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [15] Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [14] be **GRANTED** and Plaintiff's Motion for Summary Judgment [13] be **DENIED**.

**SO ORDERED**.

|  |  |
|---|---|
| Dated: September 14, 2016 | s/Arthur J. Tarnow<br>Arthur J. Tarnow<br>Senior United States District Judge |